IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK N.A.,

    Plaintiff,

  v.

TALIILAGI S. TAGATA, FAALILIU TAGATA, JR., and DOES 1 to 10,

    Defendants.

No. C 12-00548 WHA

**ORDER REMANDING CASE**

      The Court interprets Mr. Tagata's statement as requesting a remand. This case was improperly removed from the state court to federal court. The Clerk is **DIRECTED** to remand this case back to the Superior Court of the State of California for the County of San Mateo. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: May 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE