**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK N.A.,

    Plaintiff,

  v.

TALIILAGI S. TAGATA, FAALILIU TAGATA, JR., and DOES 1 to 10,

    Defendants.
                                  /

No. C 12-00548 WHA

**ORDER REMANDING CASE**

     The Court interprets Mr. Tagata's statement as requesting a remand. This case was improperly removed from the state court to federal court. The Clerk is **DIRECTED** to remand this case back to the Superior Court of the State of California for the County of San Mateo. The Clerk shall **CLOSE** the file.

     **IT IS SO ORDERED.**

Dated: May 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE